1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

7
8
9
10
11
12

| | |
|---|---|
| BRITTANY ANN STILLWELL,                    ) | |
| )                                       | |
| Plaintiff,      ) | Case No. 2:15-cv-01173-JCM-CWH |
| )                                       | **ORDER** |
| vs.                                     ) | |
| )                                       | |
| SLH VISTA, INC, *et al.*,                   ) | |
| )                                       | |
| Defendants.     ) | |
| _____) | |

13        This matter is before the Court on Plaintiff's Motion/Application to Proceed *In Forma*

14   *Pauperis* (#1), filed June 19, 2015.  The application is incomplete.  Plaintiff identified two

15   sources of "other income" in response to question 3, and she provided information regarding

16   income earned from those sources in the past.  Plaintiff did not, however, identify what she

17   expected to receive in the future from those sources.  As a result, the Court is unable to

18   determine whether Plaintiff qualifies to proceed *in forma pauperis*.  The motion/application will

19   be denied without prejudice and Plaintiff's complaint retained, but not filed.  Accordingly,

20        **IT IS HEREBY ORDERED** that Plaintiff's Motion/Application to Proceed *In Forma*

21   *Pauperis* (#1) **denied without prejudice**.  The Clerk of Court shall mail Plaintiff a blank

22   application, and Plaintiff shall have until **August 17, 2015,** in which to submit the completed

23   application or pay the filing fee.  Failure to comply with this order will result in a

24   recommendation that this case be dismissed.  The Clerk of Court shall retain Plaintiff's

25   Complaint.

26        DATED: July 13, 2015.

27

28
                               C.W. Hoffman, Jr.
                               United States Magistrate Judge