**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRITTANY ANN STILWELL, | Case No. 2:15-CV-1173 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SLH VISTA, INC., d/b/a SAINT LOUIS UNIVERSITY HOSPITAL AND TENET HEALTHCARE CORPORATION, | |
| Defendant(s). | |

Presently before the court is defendants SLH Vista ("SLH") and Tenet Healthcare Corporation's ("Tenet") motion to set aside entry of clerk's default. (Doc. # 21). On this date, this court vacated plaintiff's improper entry of default. (Doc. # 22).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to set aside entry of clerk's default be, and the same hereby is, DENIED as moot.

DATED August 27, 2015.

_____
UNITED STATES DISTRICT JUDGE