1   Thomas Scott Stewart
    Nevada Bar No. 13771
2   scott.stewart@ogletreedeakins.com
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3   Wells Fargo Tower
    Suite 1500
4   3800 Howard Hughes Parkway
    Las Vegas, NV 89169
5   Telephone: 702.369.6800
    Fax: 702.369.6888
6   *Attorney for Defendants*

7

8                    **UNITED STATES DISTRICT COURT**

9                     **FOR THE DISTRICT OF NEVADA**

10  BRITTANY ANN STILLWELL,                    Case No.: 2:15-cv-01173-JCM-CWH

11              Plaintiff,

12  vs.                                        **NOTICE OF DRAFTED ORDER
                                               TRANSFERRING VENUE**

13  SLH VISTA, INC. D/B/A SAINT LOUIS
    UNIVERSITY HOSPITAL AND TENET
14  HEALTHCARE CORPORATION,

15              Defendants.

16          Pursuant to this Court's September 15, 2015, Order (Doc. # 31), Defendants SLV Vista,

17  Inc., d/b/a Saint Louis University Hospital, and Tenet Healthcare Corporation provide the attached

18  Order Transferring Venue (*see* Exhibit A).

19          DATED this 17th day of September, 2015.

20                                  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

21

22                                  /s/ Thomas Scott Stewart

23                                  Thomas Scott Stewart
                                    Wells Fargo Tower
24                                  Suite 1500
                                    3800 Howard Hughes Parkway
25                                  Las Vegas, NV 89169
                                    Telephone: 702.369.6800
26                                  *Attorney for Defendants*

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
WELLS FARGO TOWER
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **NOTICE OF DRAFTED ORDER TRANSFERRING VENUE** to the Clerk's Office using the CM/ECF System for filing.

Further, pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing **NOTICE OF DRAFTED ORDER TRANSFERRING VENUE** was also made this day by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to:

Brittany Ann Stillwell
P.O. Box 80741
Las Vegas, NV 89180

DATED this 17th day of September, 2015.

/s/ Darhyl Kerr
AN EMPLOYEE OF OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.

2

# EXHIBIT A

1

2

3

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

4

BRITTANY ANN STILLWELL,

5

Plaintiff,

6

vs.

7

SLH VISTA, INC. D/B/A SAINT LOUIS
UNIVERSITY HOSPITAL AND TENET
HEALTHCARE CORPORATION,

8

9

Defendants.

10

Case No.: 2:15-cv-01173-JCM-CWH

**ORDER TRANSFERRING VENUE**

11

12

A motion having been made and all documents herein considered,

13

IT IS HEREBY ORDERED that this action be transferred to the U.S District Court for the

14

Eastern District of Missouri, Eastern Division, and that all further matters be heard in that

15

jurisdiction.

16

DATED September 23, 2015.

17

18

_____

19

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28