UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRITTANY ANN STILWELL,<br><br>                            Plaintiff(s),<br><br>    v.<br><br>SLH VISTA, INC., d/b/a SAINT LOUIS UNIVERSITY HOSPITAL AND TENET HEALTHCARE CORPORATION,<br><br>                            Defendant(s). | Case No. 2:15-CV-1173 JCM (CWH)<br><br>ORDER |

On September 15, 2015, this court granted defendant's motion to transfer venue to the U.S. District Court for the Eastern District of Missouri, Eastern Division. (Doc. # 31). On September 23, 2015, this court entered an order transferring the case to the U.S. District Court for the Eastern District of Missouri, Eastern Division. (Doc. # 36). On September 24, 2015, the U.S. District Court for the Eastern District of Missouri opened the case under case number 4:15-cv-01465. (Doc. # 38).

On September 24, 2015, the plaintiff filed three motions before this court: (1) motion to vacate this court's order transferring venue to the U.S. District Court for the Eastern District of Missouri (doc. # 40); (2) motion to amend this court's order on defendant's motion to dismiss for improper venue (doc. # 41); and (3) motion to vacate, motion to amend, and motion for relief. (Doc. # 42). Because this court no longer has jurisdiction over this case, plaintiff's motions are denied without prejudice and Plaintiff may re-file her motions in case number 4:15-cv-01465 in the U.S. District Court for the Eastern District of Missouri if she chooses to do so.

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to vacate this court's order transferring venue (doc. # 40), be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion to amend this court's order on defendant's motion to dismiss for improper venue (doc. # 41), be DENIED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion to vacate, motion to amend, and motion for relief (doc. # 42), be DENIED without prejudice.

DATED October 5. 2015.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge